# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERRELL RAYSHAWN HUGHES, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 4:24-CV-01088-ALM-AGD |
| § | | |
| SHERMAN POLICE DEPARTMENT, § et al., § | | |
| § | | |
| Defendants. § | | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Report of the Magistrate Judge, (Dkt. #16), was entered containing proposed findings of fact and recommendation that Plaintiff's case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

On September 15, 2025, Plaintiff filed timely objections to the Report (Dkt. #18). Also on September 15, 2025, Plaintiff filed an Amended Complaint (Dkt. #19) and a Motion for Appointment of Counsel (Dkt. #20). The Court has conducted a de novo review of Plaintiff's objections and the portions of the Report to which Plaintiff specifically objects, along with all other relevant pleadings. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

Specifically, Plaintiff's objections state why he believes dismissal under Federal Rule of Civil Procedure 12(b)(6) is not appropriate. The Report, however, recommended dismissal under

Federal Rule of Civil Procedure 41(b). Moreover, the Report recommends dismissal based on Plaintiff's failure to comply with court orders by failing to file an amended complaint addressing the issues raised in the Magistrate Judge's Order entered on February 19, 2025 (Dkt. #14). The Court notes that the Amended Complaint, (Dkt. #19), appears to be an exact copy of his original Complaint, (Dkt. #3), without addressing the issues raised by the Magistrate Judge's Order, (Dkt. #14). Thus, Plaintiff has failed to comply with court orders.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

SIGNED this 29th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE